CCA No. WR-77,382-03          77,382-03
TRial Court Case No. 07-393

Abel Acosta,

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

## CHANGE OF ADDRESS

I'm writing to inform you of my recent change of address. I am also writing to see if there has been any decision made in this case. I appreciate your help in this matter.

Sincerely,

Charles Williams

Charles Williams #1734543
1695 S. Buffalo Dr.
Raymondville, TX 78580